In _____ Court

_____ Judicial (Circuit/District)

Original Creditor Name: TARGET NATIONAL BANK
Debtor Name: HIGGINS, VICKI L
Co-Debtor Name:
NAN Number: N00000025507809
Account Number: *************1160

AFFIDAVIT OF ACCOUNT

STATE OF MINNESOTA
COUNTY OF HENNEPIN                ss:

The undersigned, ADAM GRIM states that:

1. I am a representative of TARGET NATIONAL BANK and am authorized to Verify current balances due and owing to TARGET NATIONAL BANK on credit card accounts.

2. As of the date of this affidavit I have reviewed the records of the above listed person and account, and that the amount due and owing to TARGET NATIONAL BANK on this account, over and above all known legal set offs is $5685.94.

3. That reasonable inquiry has been made to determine if the defendant is in the military service of the United States of America, and to the best of my knowledge that defendant is not in such military service and is therefore not entitled to the rights and privileges provided under the Soldiers and Sailors Civil Relief Act of 1940, as amended.

That the above information is true to the best of my knowledge, information and belief, and based upon the books and business records of TARGET NATIONAL BANK.

_____
Authorized Agent of TARGET NATIONAL BANK

Subscribed and sworn to before
Me on 2nd day of December, 2008

_____
Notary Public

My commission expires: 1/31/13

*************1160
A144 PATENAUDE & FELIX, A.P.C

JANICE L. LOKEN
NOTARY PUBLIC-MINNESOTA
My Commission Expires Jan. 31, 2013

Westmoreland County - NOT AN OFFICIAL COPY

The undersigned does hereby verify subject to the penalties of 18 Pa.C.S. Section 4904 relating to unsworn falsification to authorities, that he is, ADAM GRIM, Assistant Secretary, of TARGET NATIONAL BANK, Plaintiff Herein, that he is duly authorized to make this Declaration, and that the facts set forth in the foregoing Complaint in Civil Action are true and correct to the best of his knowledge, information and belief.

_____
ADAM GRIM
Authorized Agent of TARGET NATIONAL BANK

************1160
A144
PATENAUDE & FELIX, A.P.C

2